UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-04080-HDV | Date | December 30, 2025 |
|---|---|---|---|
| Title | *In re Jonathan Berdeguer* | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **IN CHAMBERS— ORDER TO SHOW CAUSE**

This appeal arises from the United States Bankruptcy Court for the Central District of California in *In re Jonathan Berdeguer*, Bankruptcy Case No. 2:24-bk-15800-BR, Adversary Proceeding No. 2:24-ap-01246-BR. Appellants filed their opening brief on August 18, 2025. [Dkt. 14]. Appellee filed a response brief on October 31, 2025. [Dkt. 24]. The Court, however, struck Appellee's response brief pursuant to Local Rule 11-3.8 because it was filed with an incorrect title page. *See* [Dkts. 26–28]. The Court noted that Appellants' earlier filing, see Dkt. 19, contained a proper title page. [Dkt. 28]. Appellee has not since re-filed the response brief with a proper title page.

The Court hereby orders Appellee to file a response brief that complies with the Court's prior orders and the Local Rules **no later than January 9, 2026**.

Failure to timely or adequately file a response brief will result in the granting of the appeal.

**IT IS SO ORDERED.**